# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Rahmieneh Ahmadi Ortiz dba Recycle Your Fashions LLC aka Rahmieneh Ahmadi Khalili<br>&<br>Carlos Mario Ortiz Jr. dba Our Credit Coach LLC dba ZS Group LLC<br><div align="center">Debtors</div> | CHAPTER 7<br><br>BKY. NO. 18-11940 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734