United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11940-ref
Carlos Mario Ortiz, Jr.                                                 Chapter 7
Rahmieneh Ahmadi Ortiz
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith           Page 1 of 1           Date Rcvd: May 04, 2018
                          Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb         +Carlos Mario Ortiz, Jr.,    Rahmieneh Ahmadi Ortiz,    2065 Quail Ct,    Bethlehem, PA 18015-5564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 02:04:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
      MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NationStar Mortgage, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Rahmieneh Ahmadi Ortiz dba Recycle Your Fashions LLC aka Rahmieneh Ahmadi Khalili<br>Carlos Mario Ortiz Jr. dba Our Credit Coach LLC dba ZS Group LLC<br>                                              Debtor(s) | CHAPTER 7<br><br>NO. 18-11940 REF |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES,<br>                                              Movant<br>                    vs.<br><br>Rahmieneh Ahmadi Ortiz dba Recycle Your Fashions LLC aka Rahmieneh Ahmadi Khalili<br>Carlos Mario Ortiz Jr. dba Our Credit Coach LLC dba ZS Group LLC<br>                                              Debtor(s)<br><br>Michael H. Kaliner<br>                                              Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 2065 Quail Ct, Bethlehem, PA 18015 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 4, 2018**

_____

United States Bankruptcy Judge.

Rahmieneh Ahmadi Ortiz dba Recycle Your Fashions LLC aka Rahmieneh Ahmadi Khalili
2065 Quail Ct
Bethlehem, PA 18015

Carlos Mario Ortiz Jr. dba Our Credit Coach LLC dba ZS Group LLC
2065 Quail Ct
Bethlehem, PA 18015

PRO SE, 2065 Quail Ct
Bethlehem, PA 18015

Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doyelstown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532