United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carlos Mario Ortiz, Jr.  
Rahmieneh Ahmadi Ortiz  
      Debtors

Case No. 18-11940-ref  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Jul 27, 2018 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb      +Carlos Mario Ortiz, Jr.,   Rahmieneh Ahmadi Ortiz,   2065 Quail Ct,   Bethlehem, PA 18015-5564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:  
      MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
      MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor   NationStar Mortgage, LLC bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 7 |
| Carlos Mario Ortiz, Jr. and Rahmieneh Ahmadi Ortiz | : Case No. 18–11940–ref |
| Debtor(s) | |

***ORDER***
_____

AND NOW, this day , July 27, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

30
Form 195