```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                    Case No. 18-11940-ref
Carlos Mario Ortiz, Jr.                                   Chapter 7
Rahmieneh Ahmadi Ortiz
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-4       User: admin            Page 1 of 2            Date Rcvd: Jul 27, 2018
                           Form ID: 318           Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb         +Carlos Mario Ortiz, Jr.,    Rahmieneh Ahmadi Ortiz,    2065 Quail Ct,    Bethlehem, PA 18015-5564
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14078444       +Apex Asset Management,    2501 Oregon Pike, Ste 102,    Lancaster, PA 17601-4890
14078456       +C.A.C.,    2300 Gettysburg Rd,    Suite 102,    Camp Hill, PA 17011-7303
14078448       +Camellia Partnership Ventures LLC,    739 N 12th St.,    Allentown, PA 18102-1335
14078472       +Chevron Fcu,    Asset Recovery Dept.,    PO. Box 2069,    Oakland, CA 94604-2069
14078465        Financiai Recoveries,    PO. Box 1022,    Wixom, MI 483931022
14078471        Financial Recoveries,    PO. Box 1388,    Mt. Laurel, NJ 08054-7388
14078474        Fitzpatrick Lentz & Bubba,    4001 Schoolhouse Lane,    Center Valley, PA 18034
14078469       +Hamilton Law Group,    PO. Box 90301,    Allentown, PA 18109-0301
14078468       +LVPG,    798 Hausman Rd.,    Suite 100,    Allentown. PA 18104-9116
14078453        Lehigh Valley Health Network,    PO. Box 781733,    Philadelphia, PA 191781733
14078477       +Lehigh Valley Hospital,    PO. Box 689,    Allentown, PA 18105-1556
14078446       +Lvnv Funding LLC,    PO. Box 98875,    Las Vegas, NV 89193-8875
14078447       +Mary Ann Freeman Brndjar DO PC,    7 Foster Ave. Ste. 101,    Gibbsboro NJ 08026-1191
14078467       +Mro,    P.O . Box 61507,    King of Prussia, PA 19406-0907
14088740       +NationStar Mortgage, LLC,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
14078470       +National Recoveries, Inc,    PO. Box 120666,    St. Paul, MN 55112-0022
14078464        Nationwide Credit, Inc,    PO. Box 14581,    Des Moines, IA 50306-3581
14078451       +PPL Electric Utilities,    2 North, 9th Street,    Cpc-Gennl,    Allentown, PA 18101-1139
14078473       +Peter M Good, Esq,    Caldwell & Kearns,    3631 North Front St.,    Harrisburg, PA 17110-1500
14078461        QVC Studio Park,    West Chester, PA 193804262
14078463        Qar,    PO Box 239,    Gibbsboro, NJ 080260239
14078443       +Quality Asset Recovery,    7 Foster Ave suite 101,    Gibbsboro NJ 08026-1191
14078458       +Real Time Resolutions,    Dept. 107565,    PO. Box 1259,    Oaks PA 19456-1259
14078445       +Receivables Management Sys,    2001 6th Avenue,    Suite 2200,    Seattle, Washington 98121-2558
14078449       +Regency Finance Company,    1830 Stefko Boulevard,    Bethlehem, PA 18017-6235
14078476       +St Lukes University Hospital,    801 Ostrum St,    Bethlehem, PA 18015-1065
14078450       +UGI Utilities, Inc,    PO. BOX 15503,    Wilmington, DE 19850-5503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14078441       +EDI: CAPITALONE.COM Jul 28 2018 05:53:00      Capital One Bank USA NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14078455       +E-mail/Text: bankruptcy@cavps.com Jul 28 2018 01:59:52      Cavalry,    PO. Box 520,
                 Valhalla, NY 10595-0520
14078454        EDI: CHASE.COM Jul 28 2018 05:53:00      Chase,    PO. Box 15123,    Wilmington, DE 198505123
14078442        EDI: RCSFNBMARIN.COM Jul 28 2018 05:53:00      Credit One Bank,    PO. Box 98872,
                 Las Vegas, NV 891938872
14078466       +E-mail/Text: bankruptcy@fult.com Jul 28 2018 02:00:46      Lafayette Ambassador Bank,
                 PO. Box 25091,    Lehigh Valley, PA 18002-5091
14078457       +E-mail/Text: billing@lowersauconauthority.org Jul 28 2018 01:58:57      Lower Saucon Authority,
                 3706 Old Philadelphia Pike,    Bethlehem, PA 18015-5426
14078826       +EDI: RMSC.COM Jul 28 2018 05:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14078475        EDI: TDBANKNORTH.COM Jul 28 2018 05:53:00      TD Bank,    1701 Marlton Pike E,,
                 Cherry Hill, NJ 08034
14078462       +EDI: TCISOLUTIONS.COM Jul 28 2018 05:53:00      Total Card, inc,    5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
14078452       +E-mail/Text: bankruptcydepartment@tsico.com Jul 28 2018 02:00:29      Transworld Systems Inc.,
                 5626 Frantz Road,    Dublin, OH 43017-2590
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 318             Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   NationStar Mortgage, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carlos Mario Ortiz Jr.** | Social Security number or ITIN **xxx–xx–9703** |
| | First Name   Middle Name   Last Name | EIN **27–1234603, 82–1706169** |
| Debtor 2 | **Rahmieneh Ahmadi Ortiz** | Social Security number or ITIN **xxx–xx–1805** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–11940–ref**

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carlos Mario Ortiz Jr.                                       Rahmieneh Ahmadi Ortiz
                                                             aka Rahmieneh Ahmadi Khalili

7/26/18                                                      **By the court:**  Richard E. Fehling
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2